IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                      CRIMINAL 13-0034CCC

JOHN DOE, a/k/a "José William
López-Badillo," t/n "José Ramón
Mayo-Camaño

Defendant

## ORDER

Having considered the Report and Recommendation filed on April 26, 2013 (**docket entry 23**) on a Rule 11 proceeding of defendant John Doe, t/n José Ramón Mayo-Camaño, held before U.S. Magistrate Judge Marcos E. López on April 17, 2013, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 17, 2013.  The **sentencing hearing is set for July 23, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on May 15, 2013.


S/CARMEN CONSUELO CEREZO
United States District Judge